**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KAREN WALLS, as next friend of
CHADARIOUS AVERY, a minor**                                    **PLAINTIFF**

v.                    **Case No. 5:11-cv-174-KGB**

**RODERICK SHELBY; SHERIFF
GERALD ROBINSON; and JOSE RIVERA**                    **DEFENDANTS**

## ORDER

Before the Court is plaintiff's Motion to Dismiss Separate Defendant Jose Rivera with Prejudice (Dkt. No. 46). All parties stipulate that Mr. Rivera should be dismissed with prejudice from this lawsuit. Fed. R. Civ. P. 41(a). Accordingly, all claims against Mr. Rivera are dismissed with prejudice.

SO ORDERED this the 9th day of November, 2012.

_____
Kristine G. Baker
United States District Judge