**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KAREN WALLS, as next friend of**
**CHADARIOUS AVERY, a minor**  **PLAINTIFF**

**v.**  **Case No. 5:11-cv-174-KGB**

**RODERICK SHELBY and SHERIFF**
**GERALD ROBINSON**  **DEFENDANTS**

## NOTICE OF PRETRIAL CONFERENCE

The Court will conduct a pretrial conference by conference call on Thursday, December 13, 2012 at 2:30 p.m. The Court will provide all counsel with call-in information by email.

SO ORDERED this the 12th day of December, 2012.

_____
Kristine G. Baker
United States District Judge