# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KAREN WALLS, as next friend of**
**CHADARIOUS AVERY, a minor**                                           **PLAINTIFF**

v.                       **Case No. 5:11-cv-174-KGB**

**RODERICK SHELBY**                                                             **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 17th day of December, 2012. Plaintiff Karen Walls, as next friend of Chaderious Avery, a minor, appeared through her attorney John Jason Boyeskie. Defendant Roderick Shelby in his individual capacity appeared through his attorney Gene E. McKissic. Defendants Gerald Robinson and Roderick Shelby, in their official capacities, and Sheriff Gerald Robinson, in his individual capacity, appeared through their attorney, C. Burt Newell. All parties announced ready for trial. A jury of twelve was selected and sworn.

The claims against defendants Gerald Robinson and Roderick Shelby, in their official capacities, and Sheriff Gerald Robinson, in his individual capacity, resolved before the case was submitted to the jury.

On December 19, 2012, the jury returned a verdict as follows:

# VERDICT FORM NO. 1

**NOTE:** Complete this form by writing in the names required by your verdict.

**Question 1:** On plaintiff Karen Walls' claim against defendant Roderick Shelby, as submitted in Instruction No. 6, we find in favor of

*Karen Walls*
_____
Plaintiff Karen Walls                    or              Defendant Roderick Shelby

                                      /s/ Rufus Henson Jr.
                                      Foreperson

Dated: 19 Dec 2012

**NOTE:** Complete Question 2 only if you found in favor of plaintiff on Question 1.

**Question 2:** We find Karen Walls' damages to be:

    $6000                         (state the amount or, if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

                                        /s/ Rufus Henson Jr.
                                        Foreperson

Dated: 19 Dec 2012

**NOTE:** You may not award punitive damages against defendant unless you have first found against the defendant in Question 1 and awarded the plaintiff nominal or actual damages in Question 2.

**Question 3:** We assess punitive damages against defendant Roderick Shelby as follows:

    $ none                       (state the amount or, if none, write the word "none")

                                        /s/ Rufus Henson Jr.
                                        Foreperson

Dated: 19 Dec 2012

## VERDICT FORM NO. 2

**NOTE:**    Complete this form by writing in the names required by your verdict.

**Question 1:**    On plaintiff Karen Walls' claim against defendant Roderick Shelby, as submitted in Instruction No. 10, we find in favor of

*Karen Walls*
_____
Plaintiff Karen Walls              or              Defendant Roderick Shelby

/s/ Rufus Henson Jr.
Foreperson

Dated: 19 Dec 2012

**NOTE:**    Complete Question 2 only if you found in favor of plaintiff on Question 1.

**Question 2:**    We find Karen Walls' damages to be:

$1.00        (state the amount or, if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

/s/ Rufus Henson Jr.
Foreperson

Dated: 19 Dec 2012

**NOTE:**    You may not award punitive damages against defendant unless you have first found against the defendant on Question 1 and awarded the plaintiff nominal or actual damages on Question 2.

**Question 3:**    We assess punitive damages against defendant Roderick Shelby as follows:

$ none        (state the amount or, if none, write the word "none")

/s/ Rufus Henson Jr.
Foreperson

Dated: 19 Dec 2012

## VERDICT FORM NO. 3

**NOTE:** Complete this form by writing in the names required by your verdict.

**Question 1:** On plaintiff Karen Walls' claim against defendant Roderick Shelby, as submitted in Instruction No. 11, we find in favor of

*Karen Walls*
-----------------------------------------------------------------------------
Plaintiff Karen Walls          or          Defendant Roderick Shelby

                                   /s/ Rufus Henson Jr.
                                   Foreperson

Dated: 19 Dec 2012

**NOTE:** Complete Question 2 only if you found in favor of plaintiff on Question 1.

**Question 2:** We find Karen Walls' damages to be:

$1.00          (state the amount or, if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

                                   /s/ Rufus Henson Jr.
                                   Foreperson

Dated: 19 Dec 2012

**NOTE:** You may not award punitive damages against defendant unless you have first found against the defendant on Question 1 and awarded the plaintiff nominal or actual damages on Question 2.

**Question 3:** We assess punitive damages against defendant Roderick Shelby as follows:

$ none          (state the amount or, if none, write the word "none")

                                   /s/ Rufus Henson Jr.
                                   Foreperson

Dated: 19 Dec 2012

Judgment is therefore entered in favor of Plaintiff Karen Walls, as next friend of Chaderious Avery, a minor, against defendant Roderick Shelby in the amount of $6,002.00.

SO ORDERED this 21st day of December, 2012.

_____
Kristine G. Baker
United States District Judge