IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KAREN WALLS, as next friend of**
**CHADARIOUS AVERY, a minor**                                                          **PLAINTIFF**

v.                            Case No. 5:11-cv-174-KGB

**RODERICK SHELBY; and SHERIFF**
**GERALD ROBINSON**                                                                    **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff Karen Walls, as next friend of Chadarious Avery, a minor, and separate defendants Sheriff Gerald Robinson, in his individual and official capacity, and Roderick Shelby, in his official capacity only, have informed the Court that they have entered into a settlement agreement (Dkt. No. 79). These parties jointly request that the claims brought by Ms. Walls, as next friend of Mr. Avery, against Sheriff Robinson, in his individual and official capacity, and Mr. Shelby, in his official capacity only, be dismissed with prejudice as a part of the settlement agreement. For good cause shown, the Court finds that the motion should be and hereby is granted (Dkt. No. 79).

IT IS THEREFORE ORDERED that the claims brought by Ms. Walls, as next friend of Mr. Avery, against Sheriff Robinson, in his individual and official capacity, and Mr. Shelby, in his official capacity only, are dismissed with prejudice.

SO ORDERED this the 10th day of January, 2013.

_____
Kristine G. Baker
United States District Judge